

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00286-CV

Roberto **LAZOS**,
Appellant

v.

**STATE FARM LLOYDS**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-16-78
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee State Farm Lloyds recover its costs of appeal from appellant Roberto Lazos.

SIGNED January 24, 2018.

_____
Marialyn Barnard, Justice